UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | § | Case No. 14-11032-RLM-7 |
|---|---|---|
| | § | |
| MATTHEW PHILLIP WISE | § | |
| MEGAN JOY CHILSON-WISE | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/09/2014</u>. The undersigned trustee was appointed on <u>12/09/2014</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $2,786.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $50.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $168.00 |
   | Exemptions paid to the debtor | $557.26 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,010.74 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/10/2015 and the deadline for filing government claims was 06/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $515.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $515.19, for a total compensation of $515.19[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $111.82, for total expenses of $111.82.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/03/2015                                By:   /s/ Gregory S. Fehribach
                                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 14-11032-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | Date Filed (f) or Converted (c): | 12/09/2014 (f) |
| For the Period Ending: | 9/3/2015 | §341(a) Meeting Date: | 01/21/2015 |
| | | Claims Bar Date: | 06/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking account, American Express Serve | $76.02 | $0.00 | | $0.00 | FA |
| 2  Checking account, American Express Serve | $66.72 | $0.00 | | $0.00 | FA |
| 3  Security deposit with landlord | $700.00 | $700.00 | | $0.00 | FA |
| 4  Various household items, including two (2) TVs, Mac notebook, living room set, dining room set, bedroom set, TV stand, washer and dryer, misc. kitchenware and utensils Location: 316 W. Main Street, Thorntown IN 46071 | $1,575.00 | $0.00 | | $0.00 | FA |
| 5  Books and CDs Location: 316 W. Main Street, Thorntown IN 46071 | $150.00 | $0.00 | | $0.00 | FA |
| 6  Clothing for two adults | $600.00 | $0.00 | | $0.00 | FA |
| 7  Wedding rings, silver necklace, pearl necklace In Debtor's possession | $2,300.00 | $0.00 | | $0.00 | FA |
| 8  Canon XD camera, sewing machine, .45 cal Springfield XDS firearm, Western saddle, Eastern saddle, children's saddle Location: 316 W. Main Street, Thorntown IN 46071 | $850.00 | $0.00 | | $0.00 | FA |
| 9  401(K) profit-sharing plan | $3,708.78 | $0.00 | | $0.00 | FA |
| 10  Wages earned but unpaid | Unknown | $0.00 | | $0.00 | FA |
| 11  Military disability benefits clainm | Unknown | $0.00 | | $0.00 | FA |
| 12  2014 federal and state tax refund | Unknown | $0.00 | | $2,786.00 | FA |
| 13  2006 Ford F150 Truck 124,000 miles In Debtor's possession | $8,700.00 | $0.00 | | $0.00 | FA |
| 14  Two (2) dogs, cat Location: 316 W. Main Street, Thorntown IN 46071 | $500.00 | $0.00 | | $0.00 | FA |
| 15  Lawn mower, grill Location: 316 W. Main Street, Thorntown IN 46071 | $200.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                             $19,426.52         $700.00                    $2,786.00

**Gross Value of Remaining Assets**    $0.00

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2        Exhibit A

| **Case No.:** | 14-11032-RLM | **Trustee Name:** | Gregory S. Fehribach |
|---|---|---|---|
| **Case Name:** | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | **Date Filed (f) or Converted (c):** | 12/09/2014 (f) |
| **For the Period Ending:** | 9/3/2015 | **§341(a) Meeting Date:** | 01/21/2015 |
| | | **Claims Bar Date:** | 06/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**  
Awaiting receipt of 2014 tax refund

**Initial Projected Date Of Final Report (TFR):**   12/09/2015        **Current Projected Date Of Final Report (TFR):**        /s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-11032-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6552 | Checking Acct #: | ******2693 |
| Co-Debtor Taxpayer ID #: | **-***6553 | Account Title: | |
| For Period Beginning: | 12/9/2014 | Blanket bond (per case limit): | $1.00 |
| For Period Ending: | 9/3/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/18/2015 | | Money Gram | 2014 tax refund | * | $2,786.00 | | $2,786.00 |
| | {12} | | Trustee 93.97% share of federal refund $2,060.74 minus schedule C exemption of $557.26 | 1124-000 | | | $2,786.00 |
| | {12} | | Debtors 6.03% share of federal refund $725.26 plus schedule C exemption of $557.26 | 1280-000 | | | $2,786.00 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,776.00 |
| 03/31/2015 | 3001 | MATTHEW WISE | Debtors 6.03% share of federal refund plus schedule C exemption of $557.26 | * | | $725.26 | $2,050.74 |
| | | | Schedule C Exemption $(557.26) | 8100-002 | | | $2,050.74 |
| | | | Debtor 6.03% share of federal refund $(168.00) | 8500-002 | | | $2,050.74 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,040.74 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,030.74 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,020.74 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,010.74 |

|   |   |   |   |
|---|---|---|---|
| TOTALS: | $2,786.00 | $775.26 | $2,010.74 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $2,786.00 | $775.26 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $2,786.00 | $775.26 | |

| For the period of 12/9/2014 to 9/3/2015 | | For the entire history of the account between 03/18/2015 to 9/3/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,786.00 | Total Compensable Receipts: | $2,786.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,786.00 | Total Comp/Non Comp Receipts: | $2,786.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $50.00 | Total Compensable Disbursements: | $50.00 |
| Total Non-Compensable Disbursements: | $725.26 | Total Non-Compensable Disbursements: | $725.26 |
| Total Comp/Non Comp Disbursements: | $775.26 | Total Comp/Non Comp Disbursements: | $775.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-11032-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6552 | Checking Acct #: | ******2693 |
| Co-Debtor Taxpayer ID #: | **-***6553 | Account Title: | |
| For Period Beginning: | 12/9/2014 | Blanket bond (per case limit): | $1.00 |
| For Period Ending: | 9/3/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,786.00 | $775.26 | $2,010.74 |

| For the period of 12/9/2014 to 9/3/2015 | | For the entire history of the case between 12/09/2014 to 9/3/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,786.00 | Total Compensable Receipts: | $2,786.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,786.00 | Total Comp/Non Comp Receipts: | $2,786.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $50.00 | Total Compensable Disbursements: | $50.00 |
| Total Non-Compensable Disbursements: | $725.26 | Total Non-Compensable Disbursements: | $725.26 |
| Total Comp/Non Comp Disbursements: | $775.26 | Total Comp/Non Comp Disbursements: | $775.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH

# CLAIM ANALYSIS REPORT

| Case No.: | 14-11032-RLM | | | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|---|---|
| Case Name: | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | | | Date: | 9/3/2015 |
| Claims Bar Date: | 06/10/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK 73126-8941 | 03/13/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $489.35 | $489.35 | $0.00 | $0.00 | $0.00 | $489.35 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/16/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,386.41 | $1,386.41 | $0.00 | $0.00 | $0.00 | $1,386.41 |
| **Claim Notes:** | (2-1) Unsecured Debt | | | | | | | | | | | |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 03/26/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $384.42 | $384.42 | $0.00 | $0.00 | $0.00 | $384.42 |
| * 4 | GENERAL CREDIT SERVICES<br>1040 S. Range Line Road<br>PO Box 749<br>Carmel IN 46082 | 04/07/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,421.45 | $8,421.45 | $0.00 | $0.00 | $0.00 | $8,421.45 |
| **Claim Notes:** | No Supporting Documentation with first filing. Claim was amended on 7/9/2015 with supporting documentation.  Order on Motion to Reconsider Claims order entered on 9/1/2015 | | | | | | | | | | | |
| 5 | ARMY &#038; AIR FORCE EXCHANGE SERVICES<br>c/o Bass &#038; Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson AZ 85712 | 04/14/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $180.39 | $180.39 | $0.00 | $0.00 | $0.00 | $180.39 |
| 6 | ARMY &#038; AIR FORCE EXCHANGE SERVICES<br>c/o Bass &#038; Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson AZ 85712 | 04/14/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $618.08 | $618.08 | $0.00 | $0.00 | $0.00 | $618.08 |

\* There is an objection filed for this claim

## CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 14-11032-RLM | **Trustee Name:** | Gregory S. Fehribach |
| **Case Name:** | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | **Date:** | 9/3/2015 |
| **Claims Bar Date:** | 06/10/2015 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FRONTIER COMMUNICATIONS  Bankruptcy Dept.  19 John St.  Middletown NY 10940 | 05/28/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $183.64 | $183.64 | $0.00 | $0.00 | $0.00 | $183.64 |
| | | | | | | | $11,663.74 | $11,663.74 | $0.00 | $0.00 | $0.00 | $11,663.74 |

# CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 14-11032-RLM | **Trustee Name:** | Gregory S. Fehribach |
| **Case Name:** | WISE, MATTHEW PHILLIP AND CHILSON-WISE, MEGAN JOY | **Date:** | 9/3/2015 |
| **Claims Bar Date:** | 06/10/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $11,663.74 | $11,663.74 | $0.00 | $0.00 | $0.00 | $11,663.74 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 14-11032-RLM-7
Case Name: MATTHEW PHILLIP WISE
MEGAN JOY CHILSON-WISE
Trustee Name: Gregory S. Fehribach

Balance on hand: $2,010.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,010.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gregory S. Fehribach, Trustee Fees | $515.19 | $0.00 | $515.19 |
| Gregory S. Fehribach, Trustee Expenses | $111.82 | $0.00 | $111.82 |

Total to be paid for chapter 7 administrative expenses: $627.01
Remaining balance: $1,383.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,383.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,383.73

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,663.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $489.35 | $0.00 | $208.84 |
| 2 | Quantum3 Group LLC as agent for | $1,386.41 | $0.00 | $591.69 |
| 3 | Capital One Bank (USA), N.A. | $384.42 | $0.00 | $164.06 |
| 4 | General Credit Services | $8,421.45 | $0.00 | $0.00 |
| 5 | Army &#038; Air Force Exchange Services | $180.39 | $0.00 | $76.99 |
| 6 | Army &#038; Air Force Exchange Services | $618.08 | $0.00 | $263.78 |
| 7 | Frontier Communications | $183.64 | $0.00 | $78.37 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,383.73 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |